JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ALANIZ GARCIA,<br><br>Petitioner,<br><br>v.<br><br>DAVID LONG, Warden,<br><br>Respondent. | CASE NO. ED CV 12-865 SVW (SS)<br><br><br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED. Respondent shall release petitioner from custody within 90 days of the date this Judgment becomes final unless the State of California grants petitioner a new trial within 90 days of the date of this judgment.

Dated: November 12, 2013

                                                    STEPHEN V. WILSON<br>
                                                    United States District Judge